IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 07-53670
) JUDGE SHEA-STONUM
ANTHONY C. LUMPKIN ) CHAPTER 7
MICOLE D. LUMPKIN )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

AES/DDB $139.05
P.O. BOX 8183
HARRISBURG, PA 17105-9972

2. Trustee's check for $139.05, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: December 30, 2009

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

ck #112
receipt #81167